**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RICK WOOLFOLK and EVA K. WOOLFOLK**                                                          **PLAINTIFFS**

**V.**                                                                                  **NO. 3:19-CV-17-DMB-RP**

**DAVID A. RHODA**                                                                            **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order entered this day, summary judgment in favor of the Woolfolks is granted on David Rhoda's counterclaims.

**SO ORDERED**, this 6th day of August, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**